UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| USA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 1:26–mj–00067–CHS |
| ) | |
| ANIBAL RAMIREZ–JUAREZ, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

The Court finds that defendant ANIBAL RAMIREZ–JUAREZ, does not have the funds to retain an attorney of defendant's choice and that defendant wants to be represented by counsel. As a condition of the appointment of counsel to represent defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered to defendant by the appointed counsel and any expenses in connection therewith. Accordingly, it is ORDERED the following counsel be appointed to represent defendant:

   Federal Defender Services of Eastern Tennessee, Inc.
   605 Chestnut Street, Suite 1310
   Chattanooga, Tennessee 37450

   Telephone: (423)756–4349
   Fax: (423)756–4345

ENTER.

                                            s/Christopher H Steger
                                            UNITED STATES MAGISTRATE JUDGE