# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:26–mj–00067–CHS

ANIBAL RAMIREZ–JUAREZ

### ORDER OF DETENTION PENDING TRIAL

    Defendant Anibal Ramirez–Juarez appeared for a detention hearing before the undersigned on March 6, 2026. Defendant was advised of the right to a detention hearing. Upon being duly sworn, and with advice of counsel, defendant waived the right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant. Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

ENTER.

s/Christopher H Steger
UNITED STATES MAGISTRATE JUDGE