U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga

Date: 3/6/2026   Courtroom: 1B - Chattanooga

Initial Appearance: ☑ Complaint  ☐ Indictment  ☐ SSI  ☐ Information  ☐ Violation Petition  ☐ Rule 5

Other Hearing: ☐ Arraignment  ☐ Arraignment on SSI

**Case No. 1:26-mj-67**       USA v. **Anibal Ramirez-Juarez**

Present Before: HONORABLE Christopher H. Steger   ☑ U.S. Magistrate Judge

| Sarah Klapman | Damon Burk | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | US Probation Officer |
| | ☑ Appt. ☐ Retd. ☐ Ltd. App. | |
| Dana Bellamy | Digital Recording 1B | Nikolja Widenmann |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☑ SWORN |

**PROCEEDINGS:**

☑ Financial affidavit executed     Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney        ☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
☐ Deft. pleads not guilty on counts _____    ☐ Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET:**

Jury Trial: _____    Final Pretrial Conf.: _____
Detn Hrg: **Waived**    Preliminary Examination: **Waived**
Arraignment: _____    Motion Hrg: _____
Status Conf: _____    Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET:**

Discovery Ddl: _____    Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____    Response Ddl: _____
Plea Ddl: _____    Other: _____

**BOND:**

☑ Government moved for detention
☑ Dft WAIVED detention hrg.  ☐ Detention hrg. set  ☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 1-26-mj-67_20260306_135910    Court time: 2:49 to 3:00