# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>ANIBAL RAMIREZ-JUAREZ<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No. 1:26-mj-67<br>)<br>) |

## ARREST WARRANT

**FILED MAR 09 2026**
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANIBAL RAMIREZ-JUAREZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of 8 U.S.C. § 1326(a).

Date: 03/05/2026

*Issuing officer's signature*

City and state: Chattanooga, TN

Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03 05 2026, and the person was arrested on *(date)* 3/5/2026
at *(city and state)* Chattanooga, TN.

Date: 3/6/2026

*Arresting officer's signature*  SA/HSI

R. Allen Cannon  SA/HSI
*Printed name and title*